THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND BRIDGE-WOOD, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 986 of the Penal Law (book-making), reversed on the law and the facts, the information dismissed, defendant discharged, and the fine remitted. The guilt of the defendant was not proved beyond a reasonable doubt. Hagarty, Johnston and Adel, JJ., concur; Close, P. J., and Lewis, J., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES D. GORDON, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK HINNI-SCHEIDT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the crime of book-making, in violation of section 986 of the Penal Law, unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KING, Appellant.— Judgment of the County Court of Nassau County, convicting defendant of the crime of manslaughter in the first degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MEYERS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crimes of endangering the health and morals of a child, assault in the third degree, and carnal abuse of a child, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD VERNEY, Appellant.— Defendant appeals from an original judgment of the County Court of Orange County and an amended judgment of said court convicting him of the crime of attempted kidnapping, and from an order denying an oral motion, made upon the minutes, to set aside the verdict and for a new trial, and from an intermediate order dismissing a count of the indictment charging assault in the third degree. Amended judgment unanimously affirmed. The intermediate order dismissing the count for assault in the third degree is unanimously affirmed. No opinion. Appeal from original judgment dismissed. No appeal lies therefrom as it was superseded by the amended judgment. The appeal from the order denying the oral motion, made upon the minutes, to set aside the verdict and for a new trial, is dismissed as no appeal lies therefrom. (*People v. Caplin,* 263 App. Div. 882.) Close, P. J., Hagarty and Lewis, JJ., concur; Johnston and Aldrich, JJ., concur, except that as to the affirmance of the amended judgment their concurrence is based on the ground that defendant's guilt of the crime of attempted kidnapping was palpable and was so convincingly proved that the alleged errors in refusing defendant's requests to charge at folios 803–804 must be disregarded. (Code Crim. Pro., § 542.)